**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mountain Lakes Club, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **MLC, The Club** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-1131080** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**18 Lake Drive**
**Mountain Lakes, NJ 07046**
Number, Street, City, State & ZIP Code

**Morris**
County

**Mailing address, if different from principal place of business**

**PO Box 185**
**Mountain Lakes, NJ 07046**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Mountain Lakes Club, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  8134

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Mountain Lakes Club, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Mountain Lakes Club, Inc.**                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Mountain Lakes Club, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2026**
                MM / DD / YYYY

**X** **/s/ Laura Stuss**                                **Laura Stuss**
Signature of authorized representative of debtor        Printed name

Title    **Board President**

**18. Signature of attorney**

**X** **/s/ Sam Della Fera, Jr.**                        Date **February 12, 2026**
Signature of attorney for debtor                        MM / DD / YYYY

**Sam Della Fera, Jr.**
Printed name

**Chiesa Shahinian & Giantomasi PC**
Firm name

**105 Eisenhower Parkway**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone    **973-325-1500**    Email address    **sdellafera@csglaw.com**

**023701992 NJ**
Bar number and State

RESOLUTION OF SPECIAL MEETING
OF THE MEMBERS OF
MOUNTAIN LAKES CLUB, INC.

I hereby certify that at a duly called and held special meeting of the Members of Mountain Lakes Club, Inc. (the "Company"), the following Resolution was proposed and unanimously adopted:

BE IT RESOLVED, the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition pursuant to Chapter 7 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 7 and to take all steps necessary and related thereto, and that Laura Stuss, Board President of the Company, is hereby authorized to execute the Petition and any other pleadings or documents she deems necessary in connection with the Chapter 7 case of the Company; and it is further

RESOLVED, that Laura Stuss, Board President of the Company, be and hereby is, authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents to perform any and all such acts as she may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Chiesa, Shahinian & Giantomasi PC to represent the Company in connection with the Chapter 7 filing.

In certification hereof, we do set our hands and seal this 12th day of February, 2026.

MOUNTAIN LAKES CLUB, INC.

By:_____
Laura Stuss,
Board President

# United States Bankruptcy Court
### District of New Jersey

In re    **Mountain Lakes Club, Inc.** _____    Case No. _____

                                                  Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Board President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 12, 2026** _____        **/s/ Laura Stuss** _____

                                                    **Laura Stuss/Board President**
                                                    Signer/Title

Albergo, Bill & Melissa
91 Melrose Road
Mountain Lakes, NJ 07046


Almeida, Anthony & Marta
200 Boulevard
Mountain Lakes, NJ 07046


Amin, Alpesh & Kirtida
29 Crystal Road
Mountain Lakes, NJ 07046


Amoruso, Dawn
22 Woodland Avenue
Mountain Lakes, NJ 07046


Arthur, Michael & Anne
135 Morris Avenue
Mountain Lakes, NJ 07046


Ashley, Kent & Gina
63 Laurel Hill Road
Mountain Lakes, NJ 07046


Astrup, Ryan & Marcelle
70 Pollard Road
Mountain Lakes, NJ 07046


Baisley, Steven & Dahna
35 Cobb Road
Mountain Lakes, NJ 07046


Bajaj, Akash & Romila
11 Fox Hill Lane
Montville, NJ 07045


Barnett, Dan & Lauren
194 Morris Avenue
Mountain Lakes, NJ 07046


Barrows/Krueger, John & K.
41 Laurel Hill Road
Mountain Lakes, NJ 07046

Bell/Zaim, Julian & Beyha
200 East 65th Street
#20A
New York, NY 10065


Belyea, Shep
c/o Belyea Company Inc.
2200 Northwood Avenue
Easton, PA 18045


Bezalel, Ofer & Tammy
45 Lowell Avenue
Mountain Lakes, NJ 07046


Bogues, Richard & Bigit
38 Pollard Road
Mountain Lakes, NJ 07046


Bordoni, Chris & Patty
20 Tower Hill Road
Mountain Lakes, NJ 07046


Bossio, Geoffrey & Daniella
97 Pine Brook Road
Towaco, NJ 07082


Bossio, Stephen & Alison
147 Laurel Hill Road
Montville, NJ 07045


Bourhill, David & Annette
29 Abbott Road
Towaco, NJ 07082


Brady, Christopher & Jane
4 Miller Drive
Boonton Township, NJ 07005


Brien, Marc & Colleeen
84 Ball Road
Mountain Lakes, NJ 07046

Bright, Nick & Angelina
29 Oak Lane
Mountain Lakes, NJ 07046


Broda, John Michael
209 Samantha Drive
Lewes, DE 19958


Brylawski, James
c/o Geonor Inc.
51 U.S. Highway 206, Suite 201
Augusta, NJ 07822


Buczynski, Michael & Erin
94 Rockaway Drive
Boonton Township, NJ 07005


Byszewski, Steven & Carol
39 South Road
Mountain Lakes, NJ 07046


Cannon McClain, Michael
121 Midvale Road
Mountain Lakes, NJ 07046


Capodanno, Chris & Margaret
115 Briarcliff Road
Mountain Lakes, NJ 07046


Carrier, Marcia
113 Wootton Street
Boonton, NJ 07005


Cerbo, Catherine
1127 Littleton Road
Morris Plains, NJ 07950


CESC - COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

Chabba, Chaya & Shitji
9 Park Place
Mountain Lakes, NJ 07046


Channel, Peter & Jennifer
3 South Rockaway Drive
Boonton, NJ 07005


Cherry, Mohamad & Maya
67 Lookout Road
Mountain Lakes, NJ 07046


Chesin, Eric & Megan
71 Kenilworth Road
Mountain Lakes, NJ 07046


Cholet, Lance & Aislinn
5 Scarborough Road
Mountain Lakes, NJ 07046


Clubessential, LLC
PO Box 93627
Atlanta, GA 31193-6267


Clubessential, LLC
4600 McAuley Place
Suite 350
Cincinnati, OH 45242


Coluni, John & Heidi
103 Boulevard
Mountain Lakes, NJ 07046


Concannon, Miller & Co., P.C.
1525 Valley Center Parkway
Bethlehem, PA 18017


Conway, Brian & Sonja
10 Hillcrest Road
Mountain Lakes, NJ 07046

Coolserv, LLC
230 Rover Road
New Milford, NJ 07646


Coppola, Anthony & Vanessa
293 Boulevard
Mountain Lakes, NJ 07046


Deyo, Russell & Stephanie
46 Dartmouth Road
Mountain Lakes, NJ 07046


Diaz, Francis & Amy
21 Lookout Road
Mountain Lakes, NJ 07046


Driscoll, Kevin & Rimma
240 Boulevard
Mountain Lakes, NJ 07046


Drollinger, David & Patricia
146 Lake Drive
Mountain Lakes, NJ 07046


Duerr, Douglas & Patricia
204 Boulevard
Mountain Lakes, NJ 07046


Duffy-Connor, Raymond & Megan
38 Tower Hill Road
Mountain Lakes, NJ 07046


Dydensborg, Katherine
49 Colgate Drive
Morristown, NJ 07960


Eamon, Oliver & Carolyn
185 Morris Avenue
Mountain Lakes, NJ 07046


Emr, Stephen & Ellen
14 Ashwood Trail
Boonton, NJ 07005

Faehner, Josh & Denise
198 Morris Avenue
Mountain Lakes, NJ 07046


Faehner, Kyle & Kathy
107 Hanover Road
Mountain Lakes, NJ 07046


Fallon, Joanthan & Courtney
317 Morris Avenue
Mountain Lakes, NJ 07046


Ferrante-Sanchez, Daniel & Rosa
31 Glenn Road
Mountain Lakes, NJ 07046


Festa, Anthony & Liz
78 Laurel Hill Road
Mountain Lakes, NJ 07046


Ficara, Chad & Lauren
29 Hillcrest Road
Mountain Lakes, NJ 07046


Ficara, John & Janet
5 Craven Road
Mountain Lakes, NJ 07046


Fifth Street Capital Partners
Attn:  James Byszewski/Louis Intile
422 Thomas Street
Bethlehem, PA 18015


Fifth Street Mountain Lakes, LLC
c/o Fifth Street Capital Partners
Attn:  James Byszewski/Louis Intile
422 Thomas Street
Bethlehem, PA 18015


Forman, Eric & Sara
78 Cobb Road
Mountain Lakes, NJ 07046

Forrestal, Brian & Rebecca
10 Park Place
Mountain Lakes, NJ 07046


Galluzzi, Peggy
212 Morris Avenue
Mountain Lakes, NJ 07046


Gerity, Matthew & Tara
8 Elm Road
Mountain Lakes, NJ 07046


Gibson, Wes & Olga
12 Craven Road
Mountain Lakes, NJ 07046


Gioielli, William & Alina
10 Condit Road
Mountain Lakes, NJ 07046


Giordano, Sabrina
67 Ball Road
Mountain Lakes, NJ 07046


Gottesman, Allan & Tina
6 Wildlife Run
Boonton Township, NJ 07005


Greene, Patrick & Mary Beth
23 DeCamp Drive
Boonton Township, NJ 07005


Grodofsky, Ethan & Sarina
71 Lake Drive
Montville, NJ 07045


Grove, Christopher & Karen
124 Ball Road
Mountain Lakes, NJ 07046


Guarneri, Joseph & Tania
5 Keller Court
Montville, NJ 07045

Hahn, Mark & Geri
110 Lookout Road
Mountain Lakes, NJ 07046


Hamill, Ryan & Caitlin
54 Crane Road
Mountain Lakes, NJ 07046


Harris, Carolyn
19 Sherwood Drive
Mountain Lakes, NJ 07046


Henke, Michael & Kaitlin
50 Bellvale Road
Mountain Lakes, NJ 07046


Hermey, Leigh & Thomas
5 South Rockaway Drive
Boonton, NJ 07005


Hilton, Andrew & Gretchen
416 Morris Avenue
Mountain Lakes, NJ 07046


Hirshenson, Morris Hills V
708 Parsippany Boulevard
Boonton, NJ 07005


Hollick-Tsai, Michael & Angela
9 Lakewood Drive
Mountain Lakes, NJ 07046


Holliday, David & Kelly
116 Briarcliff Road
Mountain Lakes, NJ 07046


Holynskyj, Oleh & Ariadna
30 Laurel Hill Road
Mountain Lakes, NJ 07046


Honea, Tanner & Tracey
64 Boulevard
Mountain Lakes, NJ 07046

Horan, Gerilyn
64 Lake Drive
Mountain Lakes, NJ 07046


Hornyak, Timothy & Heather
21 Maple Way
Mountain Lakes, NJ 07046


Horowitz/McCormick, Samuel
74 Kenilworth Road
Mountain Lakes, NJ 07046


Hummer, David & Kelly
7 High Mountain Drive
Boonton, NJ 07005


Hunt, Thomas & Karen
37 Laurelwood Drive
Mountain Lakes, NJ 07046


Hunter, Alan & Maria
128 Kenilworth Road
Mountain Lakes, NJ 07046


Hutchins, Elizabeth
5 Grove Place
Mountain Lakes, NJ 07046


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section
PO Box 744
Springfield, NJ 07081-0744


Internal Revenue Service
Attn: District Director
955 South Springfield Avenue
Springfield, NJ 07081

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jambunathan, Sriram & San
4 Post Lane
Livingston, NJ 07039


Joldzic, Duke & Jana
181 Boulevard
Mountain Lakes, NJ 07046


Jones, Joi
41 Howell Road
Mountain Lakes, NJ 07046


Karczewski, Robert & Leslie
224 Essex Avenue
Boonton, NJ 07005


Kincey, Dameon
19 Ronarm Drive
Flanders, NJ 07836


Korman, William & Cynthia
53 Pollard Road
Mountain Lakes, NJ 07046


Krasnomowitz, Alexander
1 Brookview Road
Boonton, NJ 07005


Krasnomowitz, Steven and Lori
140 Kingsland Road
Boonton, NJ 07005


Krooss, Nina
36 Robinhood Drive
Mountain Lakes, NJ 07046


LaFiura, David & Allison
350 Powerville Road
Boonton, NJ 07005

```
Lavachia, Michael & Jeanie
35 Laurelwood Drive
Mountain Lakes, NJ 07046


Lee, Jessie
183 Laurel Hill Road
Mountain Lakes, NJ 07046


Leibowitz, Martin & Sarah
25 Crystal Road
Mountain Lakes, NJ 07046


Lewis, David
68 Lookout Road
Mountain Lakes, NJ 07046


Lewis/Ballinger, Lewis & B.
244 Boulevard
Mountain Lakes, NJ 07046


Lombardo, Nancy
22 Ronarm Drive
Mountain Lakes, NJ 07046


Lopez, Adam & Lia
11 Cobb Road
Mountain Lakes, NJ 07046


Loyim, Chuba & Debbie
35 Park Place
Mountain Lakes, NJ 07046


Lynda Tollner
3 Crescent Drive
Mountain Lakes, NJ 07046


Madison, Nick & Amy
29 Pollard Road
Mountain Lakes, NJ 07046


Mailman, Camille
122 Midvale Road
Mountain Lakes, NJ 07046
```

Mancini, Peter & Rebecca
121 Laurel Hill Road
Mountain Lakes, NJ 07046


Manger/Ferris, J. Anthony
18 Robin Hood Drive
Mountain Lakes, NJ 07046


Maute, David & Kimberly
29 Lake Drive
Mountain Lakes, NJ 07046


Maybury, Alex & Nina
30 Melrose Road
Mountain Lakes, NJ 07046


Mayo, George & Lena
25 Arden Road
Denville, NJ 07834


McBride-Rios, Austin & Lora
26 Ashwood Place
Parsippany, NJ 07054


McConnell/Mina, James & J.
2 Robin Hood Drive
Mountain Lakes, NJ 07046


McDonough, Shane & Kim
106 Ball Road
Mountain Lakes, NJ 07046


McIntyre, James & Lauren
96 Lookout Road
Mountain Lakes, NJ 07046


McMenamin, Dan & Lindsay
90 Hanover Road
Mountain Lakes, NJ 07046


Mintz/Girz, Bruce & Barbara
62 Tower Hill Road
Mountain Lakes, NJ 07046

MLC Path to Success, LLC
c/o Fifth Street Capital Partners
Attn:  James Byszewski/Louis Intile
422 Thomas Street
Bethlehem, PA 18015


Moor, Benjamin & Rula
22 Maple Way
Mountain Lakes, NJ 07046


Moran, Terence
290 Morris Avenue
Mountain Lakes, NJ 07046


Moser, Peter & Melissa
11 Briarcliff Road
Mountain Lakes, NJ 07046


Murphy, Kevin
56 Bellvale Road
Mountain Lakes, NJ 07046


Nakahara, Yuji & Miwako
12 Sherwood Drive
Mountain Lakes, NJ 07046


New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


New Jersey Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Nikolsky, Mark & Genevieve
26 Crane Road
Mountain Lakes, NJ 07046


O'Donnell, Devin & Lindsay
31 Hanover Road
Mountain Lakes, NJ 07046

Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080


Pankoff-Birch, Mark & Rebecca
40 East 83rd Street
New York, NY 10028


Pantaleo, Robert and Elaine
142 Meriden Road
Boonton, NJ 07005


Patterson, Susan
171 N. Main Street
Boonton Township, NJ 07005


Phillips, Caitlyn
23 DeCamp Drive
Boonton, NJ 07005


Popper, Robert & Linda
99 Laurel Hill Road
Mountain Lakes, NJ 07046


Princiotto, Ted & Dolores
34 Cobb Road
Mountain Lakes, NJ 07046


Prominent Inc.
c/o Alexander Schachtel, Esq.
Law Offices of Alexander Schachtel
101 Hudson Street, Ste. 2109
Jersey City, NJ 07302


Purcell, Andrew
237 Morris Avenue
Mountain Lakes, NJ 07046


Reilly, William & Karen
14 Lyonsville Road
Boonton, NJ 07005

Reznik-Ramich, Gary & Leslie
140 Kenilworth Road
Mountain Lakes, NJ 07046


Richardson, Chapman & Lin
112 Intervale Road
Mountain Lakes, NJ 07046


Rizzo's Wildlife Discovery, Inc.
1 Gold Mine Road
Flanders, NJ 07836


Rodgers, James
85 Cobb Road
Mountain Lakes, NJ 07046


Rogers/Peritz, John & Beth
12 Howell Road
Mountain Lakes, NJ 07046


Rose, Jeff & Ina
47 Howell Road
Mountain Lakes, NJ 07046


Ross, Jon & Denise
176 Park Avenue
West Caldwell, NJ 07006


Russo, Michael & Bethany
6 Crystal Road
Mountain Lakes, NJ 07046


Safarin, Patricia
139 Haddon Place
Montclair, NJ 07043


Salvado, Salvo & Kathleen
20 Hillcrest Road
Boonton, NJ 07005


Salvatore, Frank & Ana
320 Morris Avenue
Mountain Lakes, NJ 07046

Sampson, Joseph
46 Pollard Road
Mountain Lakes, NJ 07046


Samson, Steve & Maureen
96 Briarcliff Road
Mountain Lakes, NJ 07046


Savage, Brian & Julie
170 Morris Avenue
Mountain Lakes, NJ 07046


Schechter, Lorne
34 Park Place
Mountain Lakes, NJ 07046


Scherger, Chad & Nancy
49 Melrose Road
Mountain Lakes, NJ 07046


Schiavone-Zeglarski, Joseph & Donna
28 Lookout Road
Mountain Lakes, NJ 07046


Schinder-Scarpati, Andrew
77 Briarcliff Road
Mountain Lakes, NJ 07046


Schmitt, Jeff & Tara
12 Craven Road
Mountain Lakes, NJ 07046


Schneider, Earl
85 Boulevard
Mountain Lakes, NJ 07046


Schultz, Carter & Helen
23 Sherwood Drive
Mountain Lakes, NJ 07046


Scura, Jacqueline
30 Valley Road
Mountain Lakes, NJ 07046

Seys/Deyo, Jacqueline
46 Dartmouth Road
Mountain Lakes, NJ 07046


Shannon, Joan
19 Lockley Court
Mountain Lakes, NJ 07046


Silva, Jesse & Linda
29 DeCamp Drive
Boonton, NJ 07005


Sinopoli, David
383 Rolling Knolls Way
Bridgewater, NJ 08807


Sole, Amy
125 Kenilworth Road
Mountain Lakes, NJ 07046


State of New Jersey
Division of Taxation - Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


Stein, Hayley
10 Howell Road
Montville, NJ 07045


Stillman, Rick & Jeannie
49 Lake Drive
Mountain Lakes, NJ 07046


Stuss, Gordon & Laura
99 Morris Avenue
Mountain Lakes, NJ 07046


Sweeney, Terrence & Joan
331 Morris Avenue
Mountain Lakes, NJ 07046

Taibbi/Manubay, Matthew
9 Van Duyne Road
Mountain Lakes, NJ 07046


Thomas, Ian & Susan
7 Larchdlel Way
Mountain Lakes, NJ 07046


Thomas, Jay & Jeena
338 Morris Avenue
Mountain Lakes, NJ 07046


Thompson, Dean & Kelly
303 Morris Avenue
Mountain Lakes, NJ 07046


Thompson, James & Nellson, Sarah
12 Crane Road
Mountain Lakes, NJ 07046


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918


Volosin, Robert & Jennifer
65 Crestview Road
Mountain Lakes, NJ 07046


Vujic, Drag & Fay
145 Kenilworth Road
Mountain Lakes, NJ 07046


Vyff, Marnie
10 Vale Drive
Mountain Lakes, NJ 07046


Wall, Robert & Rosemary
50 Lookout Road
Mountain Lakes, NJ 07046


Wijnberg/Izaguirre, Deborah & Thomas
81 Crane Road
Mountain Lakes, NJ 07046

```
Wilmot, Peter & Suzanne
1 North Glen Road
Mountain Lakes, NJ 07046


Wolff, Jacob & Lauren
38 Lake Drive
Mountain Lakes, NJ 07046


Wyatt, Cory & Jennifer
22 Meadowbrook Road
Boonton, NJ 07005


Yacey, Daniel & Caitlin
26 Howell Road
Mountain Lakes, NJ 07046


Yang, Lei & Xian
41 North Briarcliff Road
Mountain Lakes, NJ 07046


Yaralian, Blake & Eileen
90 Tower Hill Road
Mountain Lakes, NJ 07046


Zambrano, Alirio & Katerina
7 Elm Road
Mountain Lakes, NJ 07046
```

# United States Bankruptcy Court
### District of New Jersey

In re    **Mountain Lakes Club, Inc.** _____    Case No. _____
                                          Debtor(s)                Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mountain Lakes Club, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2026** _____
Date

**/s/ Sam Della Fera, Jr.** _____
**Sam Della Fera, Jr.**
Signature of Attorney or Litigant
Counsel for   **Mountain Lakes Club, Inc.** _____
**Chiesa Shahinian & Giantomasi PC**
**105 Eisenhower Parkway**
**Roseland, NJ 07068**
**973-325-1500 Fax:973-325-1501**
**sdellafera@csglaw.com**